MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Long** _____ (**JAD**)/TPA/CMB/GLT

Case Number: **17-21685**

Date of Meeting: **9/11/17**  Recording # _____

Debtor(s) present **✓** or Not Present ___ ( __ No Payments Made or **✓** partial payments)
Attorney for debtor(s) **Pro Se** _____ (Present ___ **✓** or Not Present ___)
Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs ___ 5 yrs

Burne for Santander

Locknicar for IRS

Unfiled Tax Returns
 No 1040s 2011 - 2016
 No 941s 2011 - 2016
 No 940 2011 - 2016

No payments to date.

Debtor advised he was converting case to chapter 7 or dismiss.
Con't to make sure case is dismissed or converted

___ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
**✓** Meeting NOT HELD            ___ Order to Show Cause Requested
                                 **✓** To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___ Continued to:
      ___ 341 Meeting   OR _____ Conciliation Conf. OR ___ *Contested Hearing
On _____ at _____ am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee