UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Eric Long aka Michael's General Contracting<br>                               Debtor(s) | **MODIFIED**<br>**DEFAULT O/E JAD**<br><br>Bankruptcy No. 17-21685-JAD |
| Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006- HE4, Mortgage Pass-Through Certificates, Series 2006-HE4, its successors and/or assigns<br>                               Movant<br>                               v.<br>Michael Eric Long aka Michael's General Contracting<br>                               Respondent<br>                               and<br>Ronda J. Winnecour, Trustee<br>                               Additional Respondent | Chapter 13<br><br>Related To Doc. No. 39 |

ORDER MODIFYING SECTION 362 AUTOMATIC STAY

      AND NOW, this 11th day of September, 2017, at Pittsburgh, upon Motion of Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006- HE4, Mortgage Pass-Through Certificates, Series 2006-HE4, its successors and/or assigns, it is

      **ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1825 Kenneth Avenue, Arnold, PA 15068 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

In the event that any order is entered in this case granting relief from the automatic stay to a <u>secured creditor</u>, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

                                                   Jeffery A. Deller
                                                   Chief United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
      James C. Warmbrodt, Esquire

FILED
9/11/17 7:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael Eric Long
    Debtor

Case No. 17-21685-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Sep 11, 2017
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2017.
db         +Michael Eric Long,   186 Thorn St.,   Apollo, PA 15613-8412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2017 at the address(es) listed below:
             Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital as
              servicer for CCAP Auto Lease Ltd. bsolomon@tuckerlaw.com,
              agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
             CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
             James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
              Morgan Stanley ABS Capital I Inc. Trust2006- HE4, Mortgage Pass-Through Certificates, Series
              2006-HE4 bkgroup@kmllawgroup.com
             Jennifer M. Irvin    on behalf of Creditor    CSU - OUCTS, PA Labor & Industry jeirvin@pa.gov,
              jeirvin@pa.gov
             Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
              Internal Revenue Service jill.locnikar@usdoj.gov,
              patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
             Joseph Jasper Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
              RA-occbankruptcy6@state.pa.us
             Mario J. Hanyon    on behalf of Creditor    The Bank of New York Mellon etal pawb@fedphe.com
             Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
             Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
             S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
              srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
             Thomas Song    on behalf of Creditor    The Bank Of New York Mellon et al
              thomas.song@phelanhallinan.com
                                                                                                 TOTAL: 11