**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−21685−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Michael Eric Long
   aka Michael's General Contracting
   186 Thorn St.
   Apollo, PA 15613

Social Security No.:
   xxx−xx−4368

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Michael Eric Long<br>186 Thorn St.<br>Apollo, PA 15613<br>Telephone number: | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| **DATE/TIME/LOCATION OF MEETING OF CREDITORS**<br>October 16, 2017<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | **CONFIRMATION HEARING DATE/TIME/LOC**<br>October 16, 2017<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 9/13/17

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                            Case No. 17-21685-JAD
Michael Eric Long                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 3              Date Rcvd: Sep 13, 2017
                              Form ID: rsc13          Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2017.

```
db         +Michael Eric Long,    186 Thorn St.,    Apollo, PA 15613-8412
cr         +Santander Consumer USA Inc. dba Chrysler Capital a,    c/o Stewart, Zlimen & Jungers,
             2277 Highway 36 West, Suite 100,    Roseville, MN 55113-3896
cr         +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
             U.S. Post Office & Courthouse,    700 Grant Street,    Pittsburgh, PA 15219,
             U.S.A. 15219-1906
14409052   +Advacare Home Services Inc.,    200 Villani Dr, Suite 3009,    Bridgeville, PA 15017-3495
14409053   +Allegheny Home Health Network,    Medical Equipment, Klingensmith Inc.,    PO Box 192,
             Ford City, PA 16226-0192
14409054   +Allegheny Valley Hospital,    PO Box 3475,    Toledo, OH 43607-0475
14409056   +Americas Servicing Company,    PO Box 10335,    Des Moines, IA 50306-0335
14409058   +Bruce T. Hall,    12013 Frankstown Rd.,    Pgh, PA 15235-3435
14409095    Bureau of Workers' Compensation,    c/o Office of Chief Counsel/BWC Division,
             1171 South Cameron Street,    Harrisburg, PA 17104-2501
14676768    CACH, LLC its successors and assigns as assignee,    of First National Bank Omaha,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14411974   +COMMONWEALTH OF PA  UCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,
             651 BOAS STREET, ROOM 702,    HARRISBURG, PA 17121-0751
14637231    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14409060   +Capitol One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
14409061   +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
14409062   +Citibank,    PO Box 790040,    St. Louis, MO 63179-0040
14409063    Comcast,    1701 JKF Boulevard,    Philadelphia, PA 19103
14409064   +Convergent Outsourcing Inc.,    800 SW 39th St.,    PO Box 9004,    Reston, WA 98057-9004
14645704   +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14687135    Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
             Carol Stream, IL 60197-5008
14409065   +Diversified Adjustment Service,    600 coon Rapids Blvd.,    Coon Rapids, MN 55433-5549
14409066   +First Bankcard,    1620 Dodge St.,    Omaha, NE 68197-0002
14409067    First National Bank,    One F.N.B. Boulevard,    Hermitage, PA 16148
14409068   +Freshview,    4340 S. Monaco St., Ste 400,    Denver, CO 80237-3485
14409069   +Hayt, Hayt and Landau LLC,    2 Industrial Way West,    Eatontown, NJ 07724-2279
14409071   +JSO Assoc. In Path and Med,    5700 Southwyck Blvd.,    Toledo, OH 43614-1509
14639253   +M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
14409073   +Medcare Equipment Co. LLC,    PO Box 5029,    Greensburg, PA 15601-5058
14409077   +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
14409078    Ocwen Loan Servicing, LLC,    PO Box 660264,    Dallas, TX 75266-0264
14409079   +PAMS,    336 Delaware Ave.,    Dept. U,    Oakmont, PA 15139-2138
14409080   +Penn Credit,    916 S. 14th St.,    PO Box 988,    Harrisburg, PA 17108-0988
14409082    Pennsylvania Turnpike Commission,    2100 Mountain House Rd.,    Waterfall, PA 16689
14409081   +Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
14659019   +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
             Pittsburgh, PA 15233-1828
14409084    Professional Account Management LLC,    PO Box 640,    Pgh, PA 15320
14409085   +ROI,    PO Box 549,    Timonium, MD 21094-0549
14409086   +Seneca Area Emergency Services,    1885 Main St.,    Pgh, PA 15215-2712
14409091   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14409092   +State Collection Services Inc.,    2509 Stoughton Rd.,    Madison, WI 53716-3314
14688965    The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
             P.O. Box 24605,    West Palm Beach, FL 33416-4605
14409094   +Transworld Systems Inc.,    300 Cedar Ridge Dr.,    Suite 307,    Pittsburgh, PA 15205-1159
14685491    UPMC Presbyterian Shadyside Hospital,    PO Box 1123,    Minneapolis, MN 55440-1123
14685492    University of Pittsburgh Physicians,    PO Box 1123,    Minneapolis, MN 55440-1123
14409097   +Verizon Wireless,    1 Verizon Way,    Basking Ridge, NJ 07920-1097
14409099   +Westmoreland County Tax Claim Bureau,    40 N. Pennsylvania Ave,    Suite 109,
             Greensburg, PA 15601-2341
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 14 2017 03:24:35     Pennsylvania Dept. of Revenue,
             Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA 17128-0946
14409057   +E-mail/Text: legal@arsnational.com Sep 14 2017 03:24:04     ARS National Services Inc.,
             PO Box 469046,    Escondido, CA 92046-9046
14409055   +E-mail/Text: roy.buchholz@allianceoneinc.com Sep 14 2017 03:23:55     Alliance One,
             4850 Street Rd, Suite 300,    Trevose, PA 19053-6643
14409059   +E-mail/Text: bnc-capio@quantum3group.com Sep 14 2017 03:24:46     Capio Partners,
             2222 Tecoma Pkwy, Suite 150,    Sherman, TX 75090-2481
14409070    E-mail/Text: cio.bncmail@irs.gov Sep 14 2017 03:24:02     Internal Revenue Service,
             PO Box 7346,    Philadelphia, PA 19101-7346
14409072    E-mail/Text: camanagement@mtb.com Sep 14 2017 03:24:05     M&T Bank,    PO Box 1345,
             Buffalo, NY 14240
14681807   +E-mail/Text: bankruptcydpt@mcmcg.com Sep 14 2017 03:24:50     MIDLAND FUNDING LLC,
             PO Box 2011,    Warren, MI 48090-2011
```

```
District/off: 0315-2           User: gamr                  Page 2 of 3                   Date Rcvd: Sep 13, 2017
                               Form ID: rsc13              Total Noticed: 69

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14409074       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 14 2017 03:24:50      Midland Credit Mgmt,
                 2365 Northside Dr., Suite 300,    San Diego, CA 92108-2709
14409076       +E-mail/Text: Bankruptcies@nragroup.com Sep 14 2017 03:25:38      National Recovery Agency,
                 2491 Paxton St.,    Harrisburg, PA 17111-1036
14690451        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2017 03:28:18
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14409793       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2017 03:27:55
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14638940        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 14 2017 03:24:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
14409083       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2017 03:28:18
                 Portfolio Recover Associates, LLC,    PO Box 12914,    Norfolk, VA 23541-0914
14648974        E-mail/Text: bnc-quantum@quantum3group.com Sep 14 2017 03:24:10
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
14409087       +E-mail/Text: bankruptcy@bbandt.com Sep 14 2017 03:24:11      Sheffield Financial,
                 6010 Golding Center Dr.,    Winston Salem, NC 27103-9815
14420320        E-mail/Text: bankruptcy@bbandt.com Sep 14 2017 03:24:11      Sheffield Financial,   PO Box 1847,
                 Wilson, NC  27894-1847
14409089       +E-mail/Text: philadelphia.bnc@ssa.gov Sep 14 2017 03:25:14      Social Security Administration,
                 c/o The U.S. Attorney's Office,    700 Grant Street, Suite 4000,    Pittsburgh, PA 15219-1956
14409088       +E-mail/Text: philadelphia.bnc@ssa.gov Sep 14 2017 03:25:14      Social Security Administration,
                 300 Spring Garden St.,    Philadephia, PA 19123-2999
14409090       +E-mail/Text: bankruptcy@sw-credit.com Sep 14 2017 03:24:52      Southwest Credit,
                 4120 International Pkwy,    Suite 1100,    Carrollton, TX 75007-1958
14409093       +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2017 03:28:01      Sychrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
14409096       +E-mail/Text: BankruptcyNotice@upmc.edu Sep 14 2017 03:25:22      UPMC,    600 Grant St.,
                 Pittsburgh, PA 15219-6609
14652823       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 14 2017 03:28:06      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14409098       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 14 2017 03:24:56      West Penn Power,
                 PO Box 3687,    Akron, OH 44309-3687
14685921       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 14 2017 03:24:56      West Penn Power,
                 5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee f
cr              PA Dept of Revenue
cr              The Bank Of New York Mellon et al
cr              The Bank of New York Mellon etal
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
                                                                                   TOTALS: 4, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital as
               servicer for CCAP Auto Lease Ltd. bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              CSU - OUCTS, PA Labor & Industry     ra-li-ucts-bankpitts@state.pa.us
              James Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust2006- HE4, Mortgage Pass-Through Certificates, Series
               2006-HE4 bkgroup@kmllawgroup.com
```

```
District/off: 0315-2          User: gamr               Page 3 of 3                  Date Rcvd: Sep 13, 2017
                              Form ID: rsc13           Total Noticed: 69
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jennifer M. Irvin    on behalf of Creditor    CSU - OUCTS, PA Labor & Industry jeirvin@pa.gov, jeirvin@pa.gov
          Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
          Joseph Jasper Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
          Mario J. Hanyon    on behalf of Creditor    The Bank of New York Mellon etal pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Thomas Song    on behalf of Creditor    The Bank Of New York Mellon et al thomas.song@phelanhallinan.com

                                                                                                          TOTAL: 11