# MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS AND SETTLEMENT/CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Long_____ (JAD)/TPA/CMB/GLT

Case Number: __17-21685__

Date of Meeting: __10/16/17__     Recording # _____

Debtor(s) present ___ or Not Present __ (✓ No Payments Made or ___ partial payments)
Attorney for debtor(s) __Pro Se_____ (Present ___ or Not Present ___)
Date of Plan at § 341: _____ Applicable commitment period ___3 yrs ___5 yrs

S. O'Donnell – Santander

No pmts
Numerous unfiled tax returns
3rd meeting

[FILED 2017 OCT 20 A 9:10 CLERK U.S. BANKRUPTCY COURT PITTSBURGH]

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
__✓__ Meeting NOT HELD            __✓__ Order to Show Cause Requested
                                  _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
        _____ 341 Meeting    OR _____ Conciliation Conf. OR __ *Contested Hearing
        On _____ at _____ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee