## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**MICHAEL ERIC LONG,** : Bankruptcy No. 17-21685-JAD
:
:
: Related To Doc. # 48
:
:
**Debtor.** : Chapter 13
X

## ORDER SETTING RULE TO SHOW CAUSE

**AND NOW,** this **24th** day of **October**, 2017, **IT APPEARS TO THE COURT** that:

1. The above-captioned Chapter 13 petition was filed on **April 24, 2017**. The petition was completed on May 8, 2017.

2. A meeting of creditors was scheduled for **June 12, 2017**. On **June 14, 2017**, the Chapter 13 Trustee placed an entry on the docket at **Doc. No. 26**, indicating that the meeting of creditors was not held and requesting the Clerk to reschedule the meeting.

3. The meeting of creditors was rescheduled to **July 31, 2017**. On **August 2, 2017**, the Chapter 13 Trustee placed an entry on the docket at **Doc. No. 36**, indicating that the meeting of creditors was not held and requesting the Clerk to reschedule the meeting.

4. The meeting of creditors was rescheduled to **September 11, 2017**. On **September 13, 2017**, the Chapter 13 Trustee placed an entry on the docket at **Doc. No. 44**, indicating that the meeting of creditors was not held and requesting the Clerk to reschedule the meeting.

5. The meeting of creditors was rescheduled to **October 16, 2017**. On **October 20, 2917**, the Chapter 13 Trustee placed an entry on the docket at **Doc. No. 48**, indicating that the meeting of creditor s was not held and requesting a Rule To Show Cause be issued.

**NOW THEREFORE**, it is **HEREBY ORDERED, ADJUDGED, and DECREED** that a **RULE TO SHOW CAUSE** To Determine Why The Case Should Not Be Dismissed For Debtors' Failure To Attend Scheduled § 341 Meetings of Creditors **IS SCHEDULED FOR Wednesday, December 13, 2017**, at **10:00 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

JEFFERY A. DELLER    mas
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors and Parties in Interest

FILED
10/24/17 9:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21685-JAD
Michael Eric Long                                                         Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: gamr              Page 1 of 3              Date Rcvd: Oct 24, 2017
                             Form ID: pdf900         Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2017.
```
db             +Michael Eric Long,    186 Thorn St.,    Apollo, PA 15613-8412
cr             +Santander Consumer USA Inc. dba Chrysler Capital a,    c/o Stewart, Zlimen & Jungers,
                 2277 Highway 36 West, Suite 100,    Roseville, MN 55113-3896
cr             +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,    700 Grant Street,    Pittsburgh, PA  15219,
                 U.S.A. 15219-1906
14409052       +Advacare Home Services Inc.,    200 Villani Dr, Suite 3009,    Bridgeville, PA 15017-3495
14409053       +Allegheny Home Health Network,    Medical Equipment, Klingensmith Inc.,    PO Box 192,
                 Ford City, PA 16226-0192
14409054       +Allegheny Valley Hospital,    PO Box 3475,    Toledo, OH 43607-0475
14409056       +Americas Servicing Company,    PO Box 10335,    Des Moines, IA 50306-0335
14409058       +Bruce T. Hall,    12013 Frankstown Rd.,    Pgh, PA 15235-3435
14409095        Bureau of Workers’ Compensation,    c/o Office of Chief Counsel/BWC Division,
                 1171 South Cameron Street,    Harrisburg, PA  17104-2501
14676768        CACH, LLC its successors and assigns as assignee,    of First National Bank Omaha,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14637231        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14409060       +Capitol One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
14409061       +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
14409062       +Citibank,    PO Box 790040,    St. Louis, MO 63179-0040
14699400       +City of Arnold,    % PAMS,    336 Delaware Ave,    Oakmont, PA 15139-2138
14409063       +Comcast,    1701 JKF Boulevard,    Philadelphia, PA  19103
14409064       +Convergent Outsourcing Inc.,    800 SW 39th St.,    PO Box 9004,    Reston, WA 98057-9004
14645704       +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14687135        Directv, LLC,   by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL  60197-5008
14409065       +Diversified Adjustment Service,    600 coon Rapids Blvd.,    Coon Rapids, MN 55433-5549
14409066       +First Bankcard,    1620 Dodge St.,    Omaha, NE 68197-0002
14409067        First National Bank,    One F.N.B. Boulevard,    Hermitage, PA  16148
14409068       +Freshview,    4340 S. Monaco St., Ste 400,    Denver, CO 80237-3485
14409069       +Hayt, Hayt and Landau LLC,    2 Industrial Way West,    Eatontown, NJ 07724-2279
14409071       +JSO Assoc. In Path and Med,    5700 Southwyck Blvd.,    Toledo, OH 43614-1509
14639253       +M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
14409073       +Medcare Equipment Co. LLC,    PO Box 5029,    Greensburg, PA 15601-5058
14409077       +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
14409078        Ocwen Loan Servicing, LLC,    PO Box 660264,    Dallas, TX  75266-0264
14409079       +PAMS,    336 Delaware Ave.,    Dept. U,    Oakmont, PA 15139-2138
14409080       +Penn Credit,    916 S. 14th St.,    PO Box 988,    Harrisburg, PA 17108-0988
14409082        Pennsylvania Turnpike Commission,    2100 Mountain House Rd.,    Waterfall, PA  16689
14409081       +Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
14659019       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14409084        Professional Account Management LLC,    PO Box 640,    Pgh, PA  15320
14409085       +ROI,    PO Box 549,    Timonium, MD 21094-0549
14409086       +Seneca Area Emergency Services,    1885 Main St.,    Pgh, PA 15215-2712
14409091       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14409092       +State Collection Services Inc.,    2509 Stoughton Rd,    Madison, WI 53716-3314
14688965        The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                 P.O. Box 24605,    West Palm Beach, FL 33416-4605
14409094       +Transworld Systems Inc.,    300 Cedar Ridge Dr.,    Suite 307,    Pittsburgh, PA 15205-1159
14685491        UPMC Presbyterian Shadyside Hospital,    PO Box 1123,    Minneapolis, MN 55440-1123
14685492        University of Pittsburgh Physicians,    PO Box 1123,    Minneapolis, MN 55440-1123
14409097       +Verizon Wireless,    1 Verizon Way,    Basking Ridge, NJ 07920-1097
14409099       +Westmoreland County Tax Claim Bureau,    40 N. Pennsylvania Ave,    Suite 109,
                 Greensburg, PA 15601-2341
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14409057       +E-mail/Text: legal@arsnational.com Oct 25 2017 01:16:21     ARS National Services Inc.,
                 PO Box 469046,    Escondido, CA 92046-9046
14409055       +E-mail/Text: roy.buchholz@allianceoneinc.com Oct 25 2017 01:16:16     Alliance One,
                 4850 Street Rd, Suite 300,    Trevose, PA 19053-6643
14411974       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Oct 25 2017 01:17:02     COMMONWEALTH OF PA   UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,   651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
14409059       +E-mail/Text: bnc-capio@quantum3group.com Oct 25 2017 01:16:31     Capio Partners,
                 2222 Tecoma Pkwy, Suite 150,    Sherman, TX 75090-2481
14409070        E-mail/Text: cio.bncmail@irs.gov Oct 25 2017 01:16:19     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA  19101-7346
14409072        E-mail/Text: camanagement@mtb.com Oct 25 2017 01:16:21     M&T Bank,    PO Box 1345,
                 Buffalo, NY  14240
14681807       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 25 2017 01:16:32     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
```

```
District/off: 0315-2           User: gamr                  Page 2 of 3                   Date Rcvd: Oct 24, 2017
                               Form ID: pdf900             Total Noticed: 69
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14409074       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 25 2017 01:16:32      Midland Credit Mgmt,
                 2365 Northside Dr., Suite 300,   San Diego, CA 92108-2709
14409076       +E-mail/Text: Bankruptcies@nragroup.com Oct 25 2017 01:17:02      National Recovery Agency,
                 2491 Paxton St.,   Harrisburg, PA 17111-1036
14690451        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2017 01:28:50
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14409793       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2017 01:28:50
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14638940        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 25 2017 01:16:26
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
14409083       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2017 01:28:32
                 Portfolio Recover Associates, LLC,   PO Box 12914,   Norfolk, VA 23541-0914
14648974        E-mail/Text: bnc-quantum@quantum3group.com Oct 25 2017 01:16:22
                 Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,   Kirkland, WA  98083-0788
14409087       +E-mail/Text: bankruptcy@bbandt.com Oct 25 2017 01:16:24      Sheffield Financial,
                 6010 Golding Center Dr.,   Winston Salem, NC 27103-9815
14420320        E-mail/Text: bankruptcy@bbandt.com Oct 25 2017 01:16:24      Sheffield Financial,   PO Box 1847,
                 Wilson, NC  27894-1847
14409089       +E-mail/Text: philadelphia.bnc@ssa.gov Oct 25 2017 01:16:47      Social Security Administration,
                 c/o The U.S. Attorney's Office,   700 Grant Street, Suite 4000,   Pittsburgh, PA 15219-1956
14409088       +E-mail/Text: philadelphia.bnc@ssa.gov Oct 25 2017 01:16:47      Social Security Administration,
                 300 Spring Garden St.,   Philadephia, PA 19123-2999
14409090       +E-mail/Text: bankruptcy@sw-credit.com Oct 25 2017 01:16:35      Southwest Credit,
                 4120 International Pkwy,   Suite 1100,   Carrollton, TX 75007-1958
14409093       +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2017 01:18:00      Sychrony Bank,   PO Box 960061,
                 Orlando, FL 32896-0061
14409096       +E-mail/Text: BankruptcyNotice@upmc.edu Oct 25 2017 01:16:52      UPMC,   600 Grant St.,
                 Pittsburgh, PA 15219-6609
14652823       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 25 2017 01:28:50      Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14409098       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 25 2017 01:16:37      West Penn Power,
                 PO Box 3687,   Akron, OH 44309-3687
14685921       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 25 2017 01:16:37      West Penn Power,
                 5001 NASA Blvd,   Fairmont, WV 26554-8248
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Deutsche Bank National Trust Company, as Trustee f
cr             PA Dept of Revenue
cr             The Bank Of New York Mellon et al
cr             The Bank of New York Mellon etal
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*           +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
                                                                                 TOTALS: 4, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2017 at the address(es) listed below:
             Brett A. Solomon   on behalf of Creditor   Santander Consumer USA Inc. dba Chrysler Capital as
              servicer for CCAP Auto Lease Ltd. bsolomon@tuckerlaw.com,
              agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
             CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
             James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
              Morgan Stanley ABS Capital I Inc. Trust2006- HE4, Mortgage Pass-Through Certificates, Series
              2006-HE4 bkgroup@kmllawgroup.com
```

```
District/off: 0315-2           User: gamr              Page 3 of 3              Date Rcvd: Oct 24, 2017
                               Form ID: pdf900         Total Noticed: 69
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jennifer M. Irvin    on behalf of Creditor    CSU - OUCTS, PA Labor & Industry jeirvin@pa.gov, jeirvin@pa.gov
        Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
        Joseph Jasper Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
        Mario J. Hanyon    on behalf of Creditor    The Bank of New York Mellon etal pawb@fedphe.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
        Thomas Song    on behalf of Creditor    The Bank Of New York Mellon et al thomas.song@phelanhallinan.com

        TOTAL: 11