UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | MICHAEL ERIC LONG |
| Case Number: | 17-21685-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, DECEMBER 13, 2017 10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

RULE TO SHOW CAUSE To Determine Why The Case Should Not Be Dismissed For Debtor's Failure To Attend § 341 Meetings Of Creditors

R / M #:  48 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ  /  PAIL
DEBTOR: PRO SE  — *No Cha.*
CREDITOR:

## Proceedings:

____ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
        _____ For At Least _____ Days (Court To Issue Scheduling Order)
        _____ To Hearing Date Of _____ at _____ AM/PM at _____
        _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
        _____ Evidentiary Hearing On Value And Cram-Down Interest
        _____ Complex / Pretrial Order -  NONJURY   /   JURY
        _____ Simple / Pretrial Order - NONJURY   /   JURY
        _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:  *dismiss w/o prejudice*

**- Order entered 12/13/2017 Dismissing Case without Prejudice**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
12/13/17 12:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA