# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| In re: <br>     MICHAEL ERIC LONG <br><br> Debtor(s) | Case No. 17-21685JAD |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/24/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 12/13/2017.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $73,200.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:    $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVACARE HOME SERVICES INC | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| ALLE KISKI MEDICAL CENTER | Unsecured | 222.50 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK++ | Unsecured | 254.59 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP - AGENT | Unsecured | NA | 383.31 | 383.31 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT | Unsecured | NA | 632.46 | 632.46 | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON - TRU | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON - TRU | Secured | 77,212.02 | 84,858.72 | 84,858.72 | 0.00 | 0.00 |
| BRUCE T HALL CPA | Unsecured | 1,275.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC-ASSIGNEE** | Unsecured | 4,259.28 | 4,457.42 | 4,457.42 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | 1,854.41 | 2,649.16 | 2,649.16 | 0.00 | 0.00 |
| CAPITAL ONE BANK NA** | Unsecured | 1,859.56 | 1,975.56 | 1,975.56 | 0.00 | 0.00 |
| CITY OF ARNOLD (TRASH & SWG) | Secured | 1,311.73 | 2,773.83 | 0.00 | 0.00 | 0.00 |
| CITY OF ARNOLD (TRASH & SWG) | Secured | NA | 2,404.78 | 2,404.78 | 0.00 | 0.00 |
| COMCAST | Unsecured | 140.91 | NA | NA | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING ( | Priority | NA | NA | NA | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Secured | 44,179.25 | 51,236.54 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Unsecured | 1,941.50 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 0.00 | 8,875.00 | 8,875.00 | 0.00 | 0.00 |
| JSO ASSOCIATES | Unsecured | 9.00 | NA | NA | 0.00 | 0.00 |
| M & T BANK | Secured | 3,386.64 | 3,541.63 | 3,541.63 | 0.00 | 0.00 |
| M & T BANK | Unsecured | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| MEDCARE EQUIPMENT CO LLC | Unsecured | 128.32 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 3,482.06 | 3,482.06 | 3,482.06 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,701.99 | 1,701.99 | 1,701.99 | 0.00 | 0.00 |
| PA DEPARTMENT OF LABOR & INDU | Secured | NA | 5,781.11 | 5,781.11 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 0.00 | 6,393.98 | 6,393.98 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | 0.00 | 789.34 | 789.34 | 0.00 | 0.00 |
| PA MUNICIPAL SERVICE CO | Unsecured | 639.90 | NA | NA | 0.00 | 0.00 |
| PA MUNICIPAL SERVICE CO | Unsecured | 710.56 | NA | NA | 0.00 | 0.00 |
| PENNSYLVANIA TURNPIKE COMMIS | Unsecured | 56.65 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PEOPLES NATURAL GAS CO LLC* | Unsecured | 129.98 | NA | NA | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | 833.64 | 602.22 | 602.22 | 0.00 | 0.00 |
| PITTSBURGH PARKING COURT | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 1,444.83 | 1,444.83 | 1,444.83 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 317.04 | 317.04 | 317.04 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 1,515.29 | 1,515.29 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CF N | Unsecured | 23,809.43 | 23,809.43 | 23,809.43 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA D/B/A | Secured | 21,767.70 | 21,712.23 | 21,712.23 | 0.00 | 0.00 |
| SENECA AREA EMERGENCY SVCS | Unsecured | 791.00 | NA | NA | 0.00 | 0.00 |
| SHEFFIELD FINANCIAL | Secured | 5,297.17 | 5,300.65 | 5,300.65 | 0.00 | 0.00 |
| UNIVERSITY OF PITTSBURGH PHYSI | Unsecured | 1,506.00 | 7,696.40 | 7,696.40 | 0.00 | 0.00 |
| UPMC | Unsecured | 6,190.40 | NA | NA | 0.00 | 0.00 |
| UPMC | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| UPMC PRESBYTERIAN SHADYSIDE F | Unsecured | 109,300.80 | 109,300.80 | 109,300.80 | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 760.84 | NA | NA | 0.00 | 0.00 |
| WEST PENN POWER** | Unsecured | 124.16 | 315.54 | 315.54 | 0.00 | 0.00 |
| WEST PENN POWER** | Unsecured | 98.24 | NA | NA | 0.00 | 0.00 |
| WEST PENN POWER** | Unsecured | 511.87 | NA | NA | 0.00 | 0.00 |
| WESTMORELAND COUNTY TAX CLA | Secured | 2,176.64 | NA | 2,176.67 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $84,858.72 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $25,253.86 | $0.00 | $0.00 |
| All Other Secured | $15,663.21 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$125,775.79** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $15,268.98 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$15,268.98** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$164,073.85** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/26/2018          By: /s/ Ronda J. Winnecour
                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**